IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Reginald L. Smith, | ) | C.A. No. 7:07-817-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Donald L. Heavener, Comeay Patris, | ) | |
| Reliable Insulation Enterprises, Inc., | ) | |
| Volume Tank Transport, Inc., and | ) | |
| John Doe, | ) | |
| | ) | |
| Defendant. | ) | |

Reliable Insulation Enterprises, Inc. ("Defendant") is ordered to inform the court of its principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. The Defendant is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
October 12, 2007